IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KIEVA STEWART, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION FILE |
| | : NO. 1:09-cv-3445-CAP-LTW |
| JACOB LAW GROUP, PLLC, a Mississippi professional limited liability company, and | : |
| JACOB COLLECTION GROUP, LLC, a Mississippi limited liability company, | : |
| Defendant. | : |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW PLAINTIFF, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and before the service of an answer or a motion for summary judgment, and stipulates that this action shall be dismissed with prejudice to all claims.

Respectfully submitted,

- 1 -

**SKAAR & FEAGLE, LLP**

by:     / s/ Justin T. Holcombe
       Justin T. Holcombe
       Attorney for Plaintiff
       Georgia Bar No. 552100

P.O. Box 1478 ! Marietta, GA 30061-1478
331 Washington Avenue ! Marietta, GA  30060
voice (770) 427 - 5600  !   fax (404) 601 - 1855
jholcombe@skaarandfeagle.com